B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of New Mexico | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Stevenson, George | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>DBA  Rancho Enterprise      DBA  Moonlight Group<br>AKA  Charles Jefferson        AKA  Steven Goshgarian<br>AKA  Noel Ruiz                        AKA  Gerardo Gonzalez<br>SEE ATTACHED ADDITIONAL NAMES |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>None Known | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>120 Madeira Dr Ne<br>Albuquerque, NM 87108<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Bernalillo<br>ZIP CODE<br>87108 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>8450 Etiwanda Ave, Los Angeles, CA 91325<br>17845 Victory Blvd, Reseda, CA 90335<br>390 Winchester Court, Foster City, CA 94404<br>SEE ATTACHED ADDITIONAL ADDRESSES<br><br>ZIP CODE<br>91325 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
11538 Littchen St, Norwalk, CA 90650             6624 Spruce Lane, Dublin, CA 94568

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>       Managment |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><i>[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]</i> |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>None | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
         or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

U.S. BANKRUPTCY COURT
ALBUQUERQUE, NM
13 FEB -6 PM 3:13
FILED
OFFICE OF THE CLERK

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x [signature]
Signature of Petitioner or Representative (State title)
Susan Cale                     02/04/2013
Name of Petitioner             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Susan Cale
11005 Spain Rd., 1
Albuquerque, NM 87111

x _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

x [signature]
Signature of Petitioner or Representative (State title)
Len Collins                    02/05/2013
Name of Petitioner             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Len Collins
3916 Juan Tabo, 1
Albuquerque, NM 87111

x _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

x [signature]
Signature of Petitioner or Representative (State title)
Steve Turner                   02/05/2013
Name of Petitioner             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Steve Turner
21515 Hawthorne, 200
Torrance, CA 90503

x _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Susan Cale 11005 SPain Rd, 1, Albuquerque, NM 87111 | Work | 17,500.00 |
| Len Collins 3916 Juan Tabo,1, Albuquerque, NM 87111 | Note | 14,000.00 |
| Steve Turner 21515 Hawthorne, 200, Torrance, CA 90503 | Contract | 18,600.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 50,100.00

_____ continuation sheets attached

Attachment to Involuntary Bankruptcy Petition

Case:    In Re George Stevenson, et al.

The Following are additional Addresses for the Debtor:

    20939 Gresham St, Apt C, Canoga Park, CA 91304

    6228 Mosley Ave, Los Angeles, CA 90056

    4926 Encino Ave, Los Angeles, CA 91316

    1722 Hitchcock Place, Palmdale, CA 93550

The Following are additional Names used by the Debtor:

| | |
|---|---|
| Tim Jone | Amelia Canton |
| Valarie Coleman | John Rivers |
| Miguel Cabral | |